*Order Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered June 10, 2016:*

CASTRO V GOULET, No. 152383; reported below: 312 Mich App 1. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the filing of a motion for an extension of time to file an affidavit of merit, which is subsequently granted, is sufficient to toll the statute of limitations. The parties should not submit mere restatements of their application papers.

SMITH V CITY OF FLINT, No. 152844; reported below: 313 Mich App 141. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether: (1) the Court of Appeals erred in applying *Peña Ingham Co Rd Comm*, 255 Mich App 299 (2003), a Michigan Civil Rights Act case, to the plaintiff's claim under the Whistleblowers' Protection Act (WPA), MCL 15.361 *et seq.*; (2) the plaintiff alleged sufficient facts to establish that he suffered an adverse employment action under the WPA, see MCL 15.362; and (3) the plaintiff alleged sufficient facts to establish that he engaged in a protected activity under the WPA, see MCL 15.362. The parties should not submit mere restatements of their application papers.